LAWRENCE P. RIFF (State Bar No. 104826)
*lriff@steptoe,com*
JASON LEVIN (State Bar No. 161807)
*jlevin@steptoe.com*
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
Telephone: 213-439-9400
Facsimile:   213-439-9599

Attorneys for Defendant
NALGE NUNC INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANI FELIX-LOZANO,<br><br>        Plaintiff,<br><br>    v.<br><br>NALGE NUNC INTERNATIONAL CORPORATION,<br><br>        Defendant. | Case No. 2:08-CV-00854-JAM-DAD<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT;  ORDER** |

WHEREAS, defendant NALGE NUNC INTERNATIONAL CORPORATION ("NNIC") was properly served with the summons and complaint on June 17, 2008;

WHEREAS, pursuant to FRCP 12, NNIC is presently required to respond to the complaint by July 7, 2008;

WHEREAS, this case is currently the subject of a motion to transfer and coordinate before the United States Judicial Panel on Multidistrict Litigation (*In Re: Bisphenol-A (BPA) Polycarbonate Plastic Products Liability*, MDL No. 1967);

WHEREAS, the motion to transfer and coordinate is set for hearing before the MDL Panel on July 31, 2008;

WHEREAS, NNIC and plaintiff agree that, in the interest of efficiency, further pleadings in this case should await the MDL Panel's decision on the motion to transfer and coordinate; and

-1-

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, there have been no prior stipulations or orders in this case extending NNIC's time to respond to the Complaint.

IT IS HEREBY STIPULATED by plaintiff and NNIC as follows:

1. The deadline for NNIC to answer or otherwise respond to the Complaint shall be extended to the 30th day following the MDL Panel's decision on the motion to transfer and coordinate now pending before the Panel in *In Re: Bisphenol-A (BPA) Polycarbonate Plastic Products Liability*, MDL No. 1967); and

2. This Stipulation may be executed in counterparts.

DATED:  June 30        , 2008        STEPTOE & JOHNSON LLP

By   /s/  Jason Levin
     Jason Levin
Attorneys for NALGE NUNC INTERNATIONAL CORPORATION

DATED:    June 30        , 2008

By     /s/  Harold M. Hewell
     Howard M. Rubinstein
     Harold M. Hewell
Attorneys for plaintiff LANI FELIX-LOZANO

**IT IS SO ORDERED**

DATED:  June 30, 2008

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge

-2-